IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Margaret McFadden Cromwell, ) | Civil Action No.: 4:15-4117-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commission of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security moves pursuant to sentence four of 42 U.S.C. § 405(g) for this Court to enter judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Plaintiff consents to Defendant's motion. Upon consideration, Defendant's motion, (ECF No. 23), is GRANTED. The Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the case to the Commissioner for further administrative proceedings.

On remand, the ALJ should specifically: (1) consider Plaintiff's residual functional capacity; (2) evaluate the physical demands of Plaintiff's past relevant work; (3) compare Plaintiff's residual functional capacity with the function demands of her past relevant work, and if warranted, consideration of whether there is other work in the national economy in significant numbers that Plaintiff can perform given her residual functional capacity;  and

---

[1]The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

(4) issue a new decision.

**AND IT IS SO ORDERED.**

/s/ Bruce Howe Hendricks
United States District Judge

November 2, 2016
Greenville, South Carolina